IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>           Defendants. | Case No. 23-cv-06259<br><br>Judge John F. Kness |

**STATUS REPORT CONCERNING NOMAD'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

      Defendant Number 146, NOMAD, respectfully submits this status report to inform the Court that Defendant NOMAD and Plaintiff have reached a settlement in principle and expect to file the appropriate dismissal paperwork in due course.

      In accordance with the terms of the settlement, Defendant NOMAD hereby withdraws its Opposition to Plaintiff's Motion for Entry of Default and Default Judgment Against Defendants Identified in Amended Schedule A, which it filed on March 8, 2024 (ECF 70).

      This matter has been set for an in-person hearing on June 12, 2024 at 10 AM. In light of the settlement and Defendant NOMAD's withdrawal of its opposition to Plaintiff's motion, counsel submits that Defendant NOMAD's attendance at the hearing may no longer be necessary. If the Court wishes to proceed with the hearing with counsel for Defendant NOMAD present, the undersigned is available to participate in person, but counsel requests that co-counsel Hua Chen, who is located in Los Angeles, CA, be permitted to participate telephonically.

<table>
<tr><td>Dated: June 10, 2024</td><td>Respectfully Submitted,<br><br>**NOMAD**<br><br>By: <u>/s/ Daniel I. Konieczny</u><br>      One of Its Attorneys</td></tr>
<tr><td>Hua Chen<br>SCIENBIZIP, P.C.<br>550 S. Hope Street, Suite 2825<br>Los Angeles, California 90071<br>Telephone: (213) 426-1771<br>huachen@scienbizippc.com</td><td>Daniel I. Konieczny (#6275293)<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, IL 60604<br>Telephone: (312) 762-9450<br>Facsimile: (312) 762-9451<br>dkonieczny@tdrlaw.com</td></tr>
</table>